UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Kenneth R. Tippy, Jr.,<br><br>                    Plaintiff,<br><br>    v.<br><br>Alpha Plexus LLC c/o Aspire Realty Group,<br><br>                    Defendant. | Case No. 2:24-cv-01364-RFB-DJA<br><br>**Order** |

Before the Court is Plaintiff Kenneth R. Tippy, Jr.'s motion for more time. (ECF No. 6). Plaintiff does not specify which deadline he would like to extend, but the Court presumes that he is seeking to extend the deadline for him to file an amended complaint, which passed on August 26, 2024. (ECF No. 4). However, Plaintiff provides no reason why he needs an extension, does not explain why he missed the deadline, and does not explain how much more time he needs. *See* Fed. R. Civ. P. 6(b); *see* Nevada Local Rule[1] IA 6-1. So, the Court denies Plaintiff's motion without prejudice, meaning that he may ask for an extension again in a renewed motion. In any renewed motion, Plaintiff must explain which deadline he would like to extend, why he needs an extension, why he missed the deadline, and how much more time he needs.

---

[1] This refers to the Local Rules of Practice for the United States District Court, District of Nevada. These rules can be found online at https://www.nvd.uscourts.gov/court-information/rules-and-orders/.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to extend (ECF No. 6) is **denied without prejudice.**

**IT IS FURTHER ORDERED** that, if Plaintiff chooses to file a renewed motion to extend, he must do so on or before **October 9, 2024**. **Failure to comply with this order may result in the recommended dismissal of this action.** The Clerk of Court is kindly directed to send Plaintiff a copy of this order.

DATED: September 9, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE