# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KENNETH R. TIPPY JR., | Case No. 2:24-cv-01364-RFB-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| ALPHA PLEXUS LLC., | |
| Defendants. | |

Before the Court for consideration is the Report and Recommendation (ECF No. 11) of the Honorable Daniel J. Albregts, entered on January 27, 2025. A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); <u>see also</u> Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. <u>Thomas v. Arn</u>, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by February 10, 2025. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendation.

///

///

///

1    Therefore, **IT IS ORDERED** that the Report and Recommendation (ECF No. 4) is
2 **ACCEPTED** and **ADOPTED** in full.
3    **IT IS FURTHER ORDERED** that this case is **DISMISSED without prejudice**. The
4 Clerk of Court is directed to close this case.

6    **DATED:** May 29, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**